**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JORGE GOMEZ MARTINEZ, *Plaintiff* | § § § § | |
| v. | § § | Case No.  SA-26-CA-01129-XR |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, DEPARTMENT OF HOMELAND SECURITY, PAM BONDI, UNITED STATES ATTORNEY GENERAL; KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; MIGUEL VERGARA, FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND ROSE THOMPSON, WARDEN, KARNES COUNTY IMMIGRATION PROCESSING CENTER; *Defendant* | § § | |

## <u>ORDER</u>

On this date, the Court considered Jorge Gomez Martinez's Petition for a Writ of Habeas Corpus (ECF No. 1). Petitioner brought this action challenging the legality of his immigration detention. *See* ECF No. 1. On March 24, 2026, the Court granted his Petition and ordered his release. ECF No. 10.

The Federal Respondents have now advised the Court that Petitioner was no longer in custody when the Court ordered his release; Petitioner was released on his own recognizance on March 12, 2026. ECF No. 10.

Under Rule 54(b), the Court may revise its "decision for any reason it deems sufficient, even in the absence of new evidence or an intervening change in or clarification of the substantive law." *Dale v. Equine Sports Med. & Surgery Race Horse Serv., P.L.L.C.*, 750 F. App'x 265, 269

(5th Cir. 2018). There was no live controversy between the parties when the Court issued its order of March 24, and facts supporting that order did not exist at the time it was issued. The Court's order of March 24, 2026, (ECF No. 9) is therefore **VACATED**.

As stated, Petitioner is no longer detained. The Court thus lacks jurisdiction to proceed. *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) ("[T]he habeas relief [Petitioner] requests . . . can no longer be effected. No 'case or controversy' remains . . . ."); *Nieto-Ramirez v. Holder*, 583 F. App'x 330, 332 (5th Cir. 2014) (unpublished) ("Nieto–Ramirez is no longer being detained by ICE. As a result, even if her claim had merit, this court could not effect the bond hearing that she seeks.").

The Petition (ECF No. 1) is **DENIED AS MOOT**.

Likewise, Petitioner's Motion for a Temporary Restraining Order (ECF No. 2) is **DENIED AS MOOT.**

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this March 30, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2